| | |
|---|---|
| PROB 22 (Rev. 01/24) | **DOCKET NUMBER** *(Transferring Court)* CR-23-01522-001-PHX-ASB |
| **TRANSFER OF JURISDICTION** | **DOCKET NUMBER** *(Receiving Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Isaiah Mikah Velasquez | District of Arizona | 2: Phoenix |
| | NAME OF SENTENCING JUDGE Alison S. Bachus United States Magistrate Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 3/1/2024    TO 2/28/2025 |

**OFFENSE**
Conspiracy to Commit an Offense Against the United States, Namely, Bringing in An Illegal Alien to the United States

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Velasquez has no ties to the District of Arizona; has support in the District of Nevada

**PART 1- ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee, Isaiah Mikah Velasquez, be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

October 8, 2024
Date

Alison S. Bachus
United States Magistrate Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2- ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT DISTRICT OF NEVADA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

October 11, 2024
Effective Date

United States District Judge

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: **Isaiah Mikah Velasquez**

Case No.: TO BE ASSIGNED

REQUESTING ACCEPTANCE OF JURISDICTION

October 8, 2024

TO:   United States District Judge

On January 9, 2024, Velasquez was sentenced in the District of Arizona by the Honorable Alison Bachus to 30 days custody followed by 12 months supervised release for committing the offense of conspiracy to commit an offense against the United States, namely, bringing an illegal alien to the United States. Velasquez is a resident of Las Vegas, Nevada and intends on remaining in Las Vegas for the duration of his supervision.

To address any matters that may require the Court's attention in an efficient and expeditious manner, the undersigned officer is requesting that jurisdiction be transferred to the District of Nevada. As noted by her signature on the attached Transfer of Jurisdiction form (Prob 22), U.S. District Judge Alison Bachus, has agreed to relinquish jurisdiction. Should the Court agree with this request, the transfer of jurisdiction form is attached for Your Honor's signature.

Respectfully submitted,

Digitally signed by Cecil McCarroll
Date: 2024.10.09 10:25:38 -07'00'

Cecil McCarroll
United States Probation Officer

Approved:

Digitally signed by Amberleigh Barajas
Date: 2024.10.09 09:54:22 -07'00'

Amberleigh Barajas
Supervisory United States Probation Officer