RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Isaiah Mikah Velasquez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ISAIAH MIKAH VELASQUEZ,<br><br>  Defendant. | Case No. 2:24-cr-00231-JCM-DJA<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Tina Snellings, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Isaiah Mikah Velasquez, that the Revocation Hearing currently scheduled on November 1, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1. The parties need additional time to engage in negotiations of a potential non-hearing disposition.

2. The defendant is out of custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

1  This is the first request for a continuance of the revocation hearing.

2  DATED this 31st day of October, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ *Keisha K. Matthews*<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | By /s/ *Tina Snellings*<br>TINA SNELLINGS<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00231-JCM-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| ISAIAH MIKAH VELASQUEZ, | |
| Defendant. | |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for November 1, 2024, at 10:30 a.m., be vacated and continued to December 18, 2024 at the hour of 10:00 a.m.; or to a time and date convenient to the court.

    DATED October 31, 2024.

_____
UNITED STATES DISTRICT JUDGE