RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Isaiah Mikah Velasquez

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISAIAH MIKAH VELASQUEZ,<br><br>Defendant. | Case No. 2:24-cr-00231-JCM-DJA<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Tina Snellings, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Isaiah Mikah Velasquez, that the Revocation Hearing currently scheduled on December 18, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1.  The parties need additional time to engage in negotiations of a potential non-hearing disposition.

2.  The defendant is out of custody and agrees with the need for the continuance.

3.  The parties agree to the continuance.

1   This is the second request for a continuance of the revocation hearing.

2   DATED this 17th day of December, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Keisha K. Matthews*<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | By */s/ Tina Snellings*<br>TINA SNELLINGS<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ISAIAH MIKAH VELASQUEZ,<br><br>　　　　Defendant. | Case No. 2:24-cr-00231-JCM-DJA<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for December 18, 2024, at 10:00 a.m., be vacated and continued to March 19, 2025 at the hour of 10:00 a.m.; or to a time and date convenient to the court.

　　DATED December 18, 2024.

_____
UNITED STATES DISTRICT JUDGE

3