RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Isaiah Mikah Velasquez

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>     v.<br><br>ISAIAH MIKAH VELASQUEZ,<br><br>       Defendant. | Case No. 2:24-cr-00231-JCM-DJA<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Sue Fahami, Acting United States Attorney, and Tina Snellings, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Isaiah Mikah Velasquez, that the Revocation Hearing currently scheduled on March 19, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1.    The parties need additional time to engage in negotiations of a potential non-hearing disposition.

2.    The parties are waiting on the resolution of the defendant's pending state case before resolving the federal revocation matter.

3.      The defendant is out of custody and agrees with the need for the continuance.

4.      The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 14th day of March 2025.


RENE L. VALLADARES                         SUE FAHAMI
Federal Public Defender                    Acting United States Attorney


By */s/ Keisha K. Matthews*                By */s/ Tina Snellings*
KEISHA K. MATTHEWS                         TINA SNELLINGS
Assistant Federal Public Defender          Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

           Plaintiff,

    v.

ISAIAH MIKAH VELASQUEZ,

          Defendant.

Case No. 2:24-cr-00231-JCM-DJA

**ORDER**

      IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for March 19, 2025, at 10:00 a.m., be vacated and continued to **June 18, 2025** at the hour of **10:00 a.m.**

      DATED March 17, 2025.

_____
UNITED STATES DISTRICT JUDGE

3