RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Isaiah Mikah Velasquez

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ISAIAH MIKAH VELASQUEZ,<br><br>        Defendant. | Case No. 2:24-cr-00231-JCM-DJA<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Tina Snellings, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Isaiah Mikah Velasquez, that the Revocation Hearing currently scheduled on June 18, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. The parties need additional time to engage in negotiations of a potential non-hearing disposition.

2. The parties are waiting on the resolution of the defendant's pending state case before resolving the federal revocation matter.

3. The defendant is out of custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the fourth request for a continuance of the revocation hearing.

DATED this 12th day of June 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>United States Attorney |
| By /s/ Keisha K. Matthews<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | By /s/ Tina Snellings<br>TINA SNELLINGS<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ISAIAH MIKAH VELASQUEZ,<br><br>    Defendant. | Case No. 2:24-cr-00231-JCM-DJA<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for June 18, 2025, at 10:00 a.m., be vacated and continued to Wednesday, September 17, 2025, at the hour of 10:30 a.m.

   DATED June 13, 2025.

*[signature]*
UNITED STATES DISTRICT JUDGE