RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Isaiah Mikah Velasquez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ISAIAH MIKAH VELASQUEZ,<br><br>　　　　　Defendant. | Case No. 2:24-cr-00231-JCM-DJA<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Fifth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, Acting United States Attorney, and Tina Snellings, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Isaiah Mikah Velasquez, that the Revocation Hearing currently scheduled on September 17, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. The parties need additional time to prepare for the hearing.
2. The defendant is out of custody and agrees with the need for the continuance.
3. The parties agree to the continuance.

1. This is the fifth request for a continuance of the revocation hearing.

2. DATED this 15th day of September, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>Acting United States Attorney |
| By */s/ Keisha K. Matthews*<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | By */s/ Tina Snellings*<br>TINA SNELLINGS<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ISAIAH MIKAH VELASQUEZ,<br><br>　　　　　Defendant. | Case No. 2:24-cr-00231-JCM-DJA<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for September 17, 2025, at 10:30 a.m., be vacated and continued to **October 20, 2025,** at the hour of **10:00 a.m.**

　　　DATED September 16, 2025.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3